UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | | |
|---|---|---|
| TERRY NICELY, | ) | |
|     Plaintiff | ) | CIVIL ACTION NO. 5:11-257 |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| | ) | |
| EAST KENTUCKY POWER | ) | |
| COOPERATIVE, INC., | ) | |
|     Defendant | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Opinion and Order entered contemporaneously with this Judgment, the Court HEREBY ORDERS and ADJUDGES that:

(1) Defendant's Motion for Summary Judgment (DE 19) is GRANTED;

(2) this action is DISMISSED, with prejudice;

(3) this Judgment is FINAL and APPEALABLE; and

(4) this matter is STRICKEN from the active docket of this Court.

Dated this the 11th day of January, 2013.



Signed By:
Karen K. Caldwell
United States District Judge